## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | Case No. 06-01888-HB |
|---|---|
| LEE HOLT JUDD | |
| Debtor(s). | Chapter 7A |

### UNCLAIMED DIVIDENDS REPORT

Enclosed from the office of Robert F. Anderson, trustee for the above referenced case is check number 3046 in the amount of $3,388.04 representing monies designated as dividends to unsecured creditors as follows:

| CREDITOR | CLAIM # | REASON FOR RETURN* | | | AMOUNT |
|---|---|---|---|---|---|
| | | Failure to Clear | Ret'd mail | Pursuant to BR 3010 | |
| Community Journals, LLC | 31 | XXX | | | $3,388.04 |

_____
Robert F. Anderson, Trustee

Date:  October 13, 2011
(For Bankruptcy Court Use ONLY)

TITLE: DOCKET:

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
| | Receipt No. | | | |
| | | | | |
| | | | | |
| | | | | |

**BANK OF AMERICA, N.A.**    CHECK NUMBER

ROBERT F. ANDERSON, TRUSTEE
208 CANDI LANE
COLUMBIA, SC 29210

32-1/1110 TX
0

**3046**

| DATE | AMOUNT |
|------|--------|

10/13/11    *******3,388.04

1967532

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 06-01888-HEB    HB    Debtor JUDD, LEE HOLT | |

CLERK, US BANKRUPTCY COURT
1100 LAUREL STREET
COLUMBIA, SC  29201

*Three Thousand Three Hundred Eighty Eight Dollars And 04/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003046⑈ ⑆111000012⑆ 4428860226⑈

| Date: 10/13/11 | Check Number:    3046 | Amount:    3,388.04 |
|----------------|----------------------|---------------------|

|  | Case Number:  06-01888-HEB | |
|--|----------------------------|--|
|  | Debtor Name:  JUDD, LEE HOLT | |
|  | SSN:  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 | |

| Paid To: | CLERK, US BANKRUPTCY COURT | Trustee: | ROBERT F. ANDERSON, TRUSTEE |
|----------|---------------------------|----------|----------------------------|
|  | 1100 LAUREL STREET |  | 208 CANDI LANE |
|  | COLUMBIA, SC  29201 |  | COLUMBIA, SC 29210 |

Description:    Unclaimed Dividends for Claim #31

Bank Account Number:  4428860226